## Exhibit A

### DEFINITIONS AND INSTRUCTIONS

1. "Document" is used as defined in Fed. R. Civ. P. 34(a).

2. "Concern" and "concerning" are used in their broadest sense and include all matters relating to, referring to, describing, evidencing or constituting the referenced subject.

3. "Vit Commander" means the Vit Commander and all prototypes, including the Vitrx Commander System.

4. "Danek" includes Sofamor Danek and its affiliates, and their agents or representatives.

5. "Promex" includes Promex, Inc., Promex Technologies, LLC, and Noetix, Inc., and their affiliates and agents or representatives.

6. "Cutting Devices" means any high speed surgical cutting device, including the Diskecter, the Vit Commander, and any vitrectomy device made for Bausch & Lomb or Storz Instrument Company.

### DOCUMENT REQUESTS

1. All documents and things concerning the design or development of Cutting Devices before October 3, 1997, including documents concerning inventorship, conception, and reduction to practice of such Cutting Devices.

2. All documents and things concerning the manufacture of Cutting Devices before October 3, 1997.

3. All documents and things concerning the testing of Cutting Devices before October 3, 1997.

4. All documents and things concerning presentations about Cutting Devices, including at professional meetings or conventions before October 3, 1997.

5. All documents and things concerning uses, offers to sell, sales or disclosures of Cutting Devices before October 3, 1997.

6. All documents and things concerning publications, articles, reports or abstracts concerning Cutting Devices before October 3, 1997.

7. All documents and things constituting or concerning videotapes of any Cutting Device.

8. All documents and things concerning Scieran Technologies, Inc.

9. All documents and things constituting or concerning any communications between Scieran and Promex or Noetix.

10. All documents and things concerning Alan Schechter and Cutting Devices.

11. All documents and things concerning any prototype or commercial vitrectomy devices, or other Cutting Devices, provided to Scieran.

12. All documents and things concerning Rod Ross, James C. Boore, Thomas E. Reimer or Greggory Hughes.

13. All documents and things constituting or concerning any agreement or contract between Danek and Promex or Noetix relating to surgical high speed cutting technology.

14. All documents and things concerning any Cutting Device made for, offered for sale, or sold to, Danek before October 3, 1997.

15. All documents concerning a 510K application for any vitrectomy device or any communications with the FDA about such an application or device.

452996