IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIERAN TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1319 (SLR) |
| ) | |
| BAUSCH & LOMB SURGICAL, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Scieran Technologies, Inc, caused copies of (1) Plaintiff Scieran Technologies, Inc.'s First Request for Production of Documents to Defendant Bausch & Lomb Incorporated and (2) Plaintiff Scieran Technologies, Inc.'s First Set of Interrogatories to Defendant Bausch & Lomb Incorporated to be served on March 16, 2005 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

    Jack B. Blumenfeld Esquire
    Morris Nichols Arsht & Tunnell
    1201 North Market Street
    PO Box 1347
    Wilmington, DE  19899-1347

-2-

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on March 16, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

>Jack B. Blumenfeld Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>PO Box 1347
>Wilmington, DE  19899-1347

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>_____
>Josy W. Ingersoll (#1088)
>Adam W. Poff (#3990)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware  19899-0391
>(302) 571-6672
>apoff@ycst.com

>Attorneys for Scieran Technologies, Inc.

Dated:  March 16, 2005