IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIERAN TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1319 (SLR) |
| ) | |
| BAUSCH & LOMB SURGICAL, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Scieran Technologies, Inc, caused copies of **(1) Plaintiff Scieran Technologies, Inc.'s Second Set of Interrogatories to Defendant Bausch & Lomb Incorporated** and **(2) Plaintiff Scieran Technologies, Inc.'s Second Request for Production of Documents to Defendant Bausch & Lomb Incorporated** to be served on March 18, 2005 on the following counsel of record in the manner indicated:

BY FACSIMILE AND FIRST-CLASS MAIL

Jack B. Blumenfeld Esquire
Leslis A. Polizoti
Morris Nichols Arsht & Tunnell
1201 N. Market Street
PO Box 1347
Wilmington, DE  19899

-2-

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on March 28, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

    Jack B. Blumenfeld Esquire
    Morris Nichols Arsht & Tunnell
    1201 North Market Street
    PO Box 1347
    Wilmington, DE  19899-1347


    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    _____
    Josy W. Ingersoll (#1088)
    Adam W. Poff (#3990)
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, Delaware  19899-0391
    (302) 571-6600
    Email: apoff@ycst.com


Craig McLaughlin
O'Connor Chirstensen & McLaughlin, LLP
1920 Main Street
Suite 150
Irvine, California  92614
(949) 851-5000
Email: cml@ocmiplaw.com

Attorneys for Scieran Technologies, Inc.


Dated:  March 28, 2005