## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIERAN TECHNOLOGIES, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1319-SLR |
| BAUSCH & LOMB SURGICAL, INC., | : |
| Defendant. | : |

## ORDER

At Wilmington this **1ˢᵗ** day of **April, 2005**.

IT IS ORDERED that the teleconference scheduled for Tuesday, April 12, 2005 at 9:00 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences is canceled.  Counsel are to advise the Magistrate Judge the results of the April 20, 2005 meeting.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE