IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIERAN TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1319 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| BAUSCH & LOMB INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

**OBJECTIONS BY BAUSCH & LOMB INCORPORATED TO SCIERAN TECHNOLOGIES INC.'S SUBPOENA TO PROMEX TECHNOLOGIES, LLC**

Defendant Bausch & Lomb Incorporated ("B&L") asserts the following objections to the March 24, 2005 subpoena (the "Subpoena") served by Plaintiff Scieran Technologies, Inc. ("Scieran") on Promex Technologies, LLC ("Promex").

**OBJECTIONS**

1. Fed. R. Civ. P. 45(b)(1) requires that "[p]rior notice of any commanded production of documents and things or inspection of premises before trial shall be served on each party in the manner prescribed by Rule 5(b)." Scieran filed a Notice of Service of Subpoena (D.I. 30) on April 4, 2005, which acknowledges that "the attached Subpoena for Documents was served [on Promex] on March 24, 2005." Contrary to Rule 45(b)(1), B&L did not receive notice of this Subpoena until April 4, 2005. Scieran served the Subpoena on counsel for B&L "by electronic filing and hand delivery" (D.I. 30). The service copy of the Subpoena, however, was incomplete (as is the copy filed with the Court). Exhibit A to the service copy ends with request no. 15. The Subpoena that was actually served on Promex, however, has 22 requests.

2. B&L objects to the Subpoena insofar as it seeks any documents protected by a common interest or privilege between B&L and Promex.

                                    MORRIS, NICHOLS, ARSHT & TUNNELL

                                    /s/ Leslie A. Polizoti

                                    _____
                                    Jack B. Blumenfeld (#1014)
                                    Leslie A. Polizoti (#4299)
                                    1201 N. Market Street
                                    P.O. Box 1347
                                    Wilmington, DE  19899
                                    (302) 658-9200
                                        *Attorneys for Bausch & Lomb Incorporated*

April 7, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Josy W. Ingersoll (jingersoll@ycst.com and corporate@ycst.com) and Leslie A. Polizoti (lpolizoti@mnat.com).

I also certify that on April 7, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND**

Josy W. Ingersoll
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Edward O'Connor
Becky V. Christensen
O'CONNOR CHRISTENSEN & MCLAUGHLIN LLP
1920 Main Street, Suite 150
Irvine, CA  92614

/s/ Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT AND TUNNELL
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com