**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SCIERAN TECHNOLOGIES, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 04-1319-SLR |
| : | |
| BAUSCH & LOMB SURGICAL, INC., : | |
| : | |
| Defendant. : | |

## ORDER

At Wilmington this **11th** day of **May, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Monday, May 16, 2005 at 4:30 p.m. EST** with Magistrate Judge Thynge to discuss the status of the case and the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Adam W. Poff, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE