IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIERAN TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1319 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| BAUSCH & LOMB INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

**BAUSCH & LOMB INCORPORATED'S FIRST NOTICE OF DEPOSITION OF
SCIERAN TECHNOLOGIES PURSUANT TO FED. R. CIV. P. 30(b)(6)**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b)(6), defendant Bausch & Lomb Incorporated ("B&L") will take the deposition by oral examination of Scieran Technologies, Inc. ("Scieran") by one or more officers, directors, managing agents or other persons who consent to testify on Scieran's behalf. The deposition will commence on June 14, 2005 at 9:30 a.m. at the offices of Morris, Nichols, Arsht & Tunnell, 1201 North Market Street, Wilmington, Delaware 19801, or at such other place and time as may be mutually agreed upon by counsel, and will continue from day to day until completed. The deposition will be taken before a court reporter, notary public, or other person authorized by law to administer oaths, and will be recorded stenographically and/or by videotape.

The topics on which examination is requested are set forth in the numbered paragraphs below. Scieran is requested to identify the person or persons who will be designated to testify on its behalf as to each topic on or before June 8, 2005.

**DEFINITIONS AND INSTRUCTIONS**

1. The "patents-in-suit" means U.S. Patent Nos. 6,629,986 B1 ("the '986 patent") and 6,258,111 B1 ("the '111 patent").

2. The "Vit Commander" means the Vit Commander and all of its prototypes, including the Vitrx Commander.

## TOPICS

1. The facts concerning the conception and reduction to practice of the invention of claim 3 of the '111 patent and the roles of each of the named inventors in such conception and reduction to practice.

2. The facts concerning the development, including testing, of the invention of claim 3 of the '111 patent.

3. The facts concerning the conception and reduction to practice of the inventions of claims 1 - 4 of the '986 patent and the roles of each of the named inventors in such conception and reduction to practice.

4. The facts concerning the development, including testing, of the inventions of claims 1 - 4 of the '986 patent.

5. All communications between Scieran and representatives of Noetix, including Alan Schechter and Joe Mark, prior to October 3, 1997.

6. All facts known to Scieran about any surgical cutting device developed by Noetix, Scieran or Michael Miller, including prototypes.

7. All facts known to Scieran about the Vit Commander.

8. All facts known to Scieran about the Diskecter.

9. The marketing of the Vit Commander prior to October 3, 1997, including: (1) the creation, distribution and use of videotapes, including the June 1995 videotape of Dr. Tornambe using the Vit Commander in surgery; (2) the creation, distribution and use of the Vit Commander Report; (3) the creation, distribution and use of any direct mail campaign and

journal advertisements; (4) the distribution system(s) for the Vit Commander, including the National Ophthalmology Association; and (5) Scieran's Independent Representatives and sales training program.

10.  Any presentations concerning the Vit Commander before October 3, 1997, including at conferences, professional meetings or conventions.

11.  Any surgeons who used the Vit Commander before October 3, 1997, including Drs. Paul Tornambe, John McBeath, Salomon Melgen, Lon Poliner, Wayne Fung, Edward McLean and Edmundo Soares, and the circumstances relating to such uses.

12.  The testing of the Vit Commander in 1995 or 1996, including Dr. McBeath's testing in FDA-approved laboratory animal studies and human surgical evaluations.

13.  The first use, first offer to sell and first sale of the Vit Commander, including any uses, offers for sale or sales of the Vit Commander in 1995 and 1996.

14.  All documents relating to the subject matter of paragraphs 1-13.

15.  All persons with knowledge of the subject matter of paragraphs 1-14.

          MORRIS, NICHOLS, ARSHT & TUNNELL

          /s/ Leslie A. Polizoti
          Jack B. Blumenfeld (#1014)
          Leslie A. Polizoti (#4299)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE  19899
          (302) 658-9200
            *Attorneys for Defendant Bausch & Lomb*

May 16, 2005            *Incorporated*

464219

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Josy W. Ingersoll and Leslie A. Polizoti.

I also certify that on May 16, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND**

Josy W. Ingersoll
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Edward O'Connor
Becky V. Christensen
O'CONNOR CHRISTENSEN & MCLAUGHLIN LLP
1920 Main Street, Suite 150
Irvine, CA  92614


/s/ Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT AND TUNNELL
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com