IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIERAN TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1319 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| BAUSCH & LOMB INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

**BAUSCH & LOMB INCORPORATED'S SECOND NOTICE OF DEPOSITION OF
SCIERAN TECHNOLOGIES PURSUANT TO FED. R. CIV. P. 30(b)(6)**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b)(6), defendant Bausch & Lomb Incorporated ("B&L") will take the deposition by oral examination of Scieran Technologies, Inc. ("Scieran") by one or more officers, directors, managing agents or other persons who consent to testify on Scieran's behalf. The deposition will commence on June 15, 2005 at 9:30 a.m. at the offices of Morris, Nichols, Arsht & Tunnell, 1201 North Market Street, Wilmington, Delaware 19801, or at such other place and time as may be mutually agreed upon by counsel, and will continue from day to day until completed. The deposition will be taken before a court reporter, notary public, or other person authorized by law to administer oaths, and will be recorded stenographically and/or by videotape.

The topics on which examination is requested are set forth in the numbered paragraphs below. Scieran is requested to identify the person or persons who will be designated to testify on its behalf as to each topic on or before June 8, 2005.

**DEFINITIONS AND INSTRUCTIONS**

1.    The "patents-in-suit" means U.S. Patent Nos. 6,629,986 B1 ("the '986 patent") and 6,258,111 B1 ("the '111 patent").

- 2 -

2. The "Applications" means the application for U.S. Patent No. 5,833,643; U.S. Patent Appl. No. 08/739,640; U.S. Patent Appl. No. 08/943,485; the application for the '111 patent and the application for the '986 patent.

3. The "Vit Commander" means the Vit Commander and all of its prototypes, including the Vitrx Commander.

## TOPICS

1. The prosecution of the application for U.S. Patent No. 5,833,643.

2. The prosecution of U.S. Patent Appl. No. 08/739,640.

3. The origination and development of the "alternate embodiment" of Figure 6 of U.S. Patent Application No. 08/739,640.

4. The prosecution of U.S. Appl. No. 08/943,485.

5. The origination and development of Figures 27-29 of U.S. Patent Appl. No. 08/943,485.

6. The prosecution of the application for the '111 patent.

7. The prosecution of the application for the '986 patent.

8. The decisions to file the Applications.

9. The disclosure or failure to disclose to the United States Patent and Trademark Office ("PTO") during prosecution of the Applications that Noetix had provided Mr. Ross in 1995 with prototype cutters.

10. The disclosure or failure to disclose to the PTO during prosecution of the Applications the Vit Commander.

11. The disclosure or failure to disclose to the PTO during prosecution of the Applications that the Vit Commander had been presented at the September 1995 Retina Society meeting.

12. The disclosure or failure to disclose to the PTO during prosecution of the Applications information from Scieran's website, including that Dr. Tornambe had used the Vit Commander in surgery for years before 1998 during prosecution of the Applications.

13. The decisions about what prior art would be cited during the prosecution of the Applications.

14. All documents relating to the subject matter of paragraphs 1-13.

15. All persons with knowledge of the subject matter of paragraphs 1-14.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Leslie A. Polizoti
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
   *Attorneys for Defendant Bausch & Lomb*
   *Incorporated*

May 16, 2005

464227

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Josy W. Ingersoll and Leslie A. Polizoti.

I also certify that on May 16, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

### BY HAND

Josy W. Ingersoll
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

### BY FEDERAL EXPRESS

Edward O'Connor
Becky V. Christensen
O'CONNOR CHRISTENSEN & MCLAUGHLIN LLP
1920 Main Street, Suite 150
Irvine, CA  92614

                                         //s/ Leslie A. Polizoti
                                         MORRIS, NICHOLS, ARSHT AND TUNNELL
                                         1201 North Market Street
                                         Wilmington, DE 19801
                                         (302) 658-9200
                                         lpolizoti@mnat.com