## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIERAN TECHNOLOGIES, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-1319-SLR |
| | : | |
| BAUSCH & LOMB SURGICAL, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **17th** day of **May, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, June 30, 2005 at 4:00 p.m. EST** with Magistrate Judge Thynge to discuss the status of the case and the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Adam W. Poff, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE