IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIERAN TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1319 (SLR) |
| | ) | |
| BAUSCH & LOMB SURGICAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Scieran Technologies, Inc, caused copies of (1) Notice of Subpoena to Promex Technologies, Inc., (2) Scieran's Response to Bausch & Lomb's Second Set of Interrogatories, and (3) Plaintiff Scieran Technologies, Inc.'s Supplemental Response to Defendant Bausch& Lomb Inc.'s Interrogatories Nos. 2, 5, 6, 7, &10 to be served on June 7, 2005 on the following counsel of record in the manner indicated:

**BY FIRST CLASS MAIL & FACSIMILE**

Jack B. Blumenfeld, Esquire
Leslie A. Polizoti, Esquire
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
PO Box 1347
Wilmington, DE  19899-1347

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on June 10, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

> Jack B. Blumenfeld Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> _____
> Josy W. Ingersoll (#1088)
> Adam W. Poff (#3990)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> (302) 571-6672
> apoff@ycst.com
>
> Attorneys for Scieran Technologies, Inc.

Dated: June 10, 2005

WP3:1094559.1                                                                                                63627.1001