IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIERAN TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1319 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| BAUSCH & LOMB INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DEPOSITION OF ROD ROSS

TO:

Adam Poff
YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Edward O'Connor
Craig McLaughlin
O'CONNOR CHRISTENSEN &
MCLAUGHLIN LLP
1920 Main Street, Suite 150
Irvine, CA 92614

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, Defendant Bausch & Lomb Incorporated will take the deposition upon oral examination of Rod Ross. The deposition will start at 9:30 a.m. on August 11 and 12, 2005 at the offices of Morris, Nichols, Arsht & Tunnell, 1201 North Market Street, Wilmington, Delaware 19801, and will continue from day to day until completed. The deposition will be taken before a court reporter and will be recorded stenographically and by videotape. You are invited to attend.

- 2 -

|  | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
|  | /s/ Leslie A. Polizoti |
|  | Jack B. Blumenfeld (#1014)<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200 |
| July 14, 2005 | *Attorneys for Defendant Bausch & Lomb* |

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to Josy W. Ingersoll.

I also certify that on July 14, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

### BY HAND

Josy W. Ingersoll
Adam Poff
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

### BY FEDERAL EXPRESS

Edward O'Connor
Craig McLaughlin
O'CONNOR CHRISTENSEN & MCLAUGHLIN LLP
1920 Main Street, Suite 150
Irvine, CA  92614

/s/ Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT AND TUNNELL
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com