IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIERAN TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | )   C.A. No. 04-1319 (SLR) |
| | ) |
| v. | ) |
| | ) |
| BAUSCH & LOMB INCORPORATED, | ) |
| | ) |
| Defendant. | ) |

**<u>NOTICE OF DEPOSITION OF BEN J. YORKS</u>**

TO:

Adam Poff
YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Edward O'Connor
Craig McLaughlin
O'CONNOR CHRISTENSEN &
MCLAUGHLIN LLP
1920 Main Street, Suite 150
Irvine, CA 92614

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30 and 45, Defendant Bausch & Lomb Incorporated will take the deposition upon oral examination of Ben J. Yorks. The deposition will start at 9:00 a.m. on August 22, 2005 at Premier Business Centers, 620 Newport Center Drive, Suite 1100, Newport Beach, CA 92660 and will continue from day to day until completed. The deposition will be taken before a court reporter and will be recorded stenographically and by videotape. You are invited to attend.

- 2 -

                    MORRIS, NICHOLS, ARSHT & TUNNELL

                    /s/ Leslie A. Polizoti
                    _____
                    Jack B. Blumenfeld (#1014)
                    Leslie A. Polizoti (#4299)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899
                    (302) 658-9200

July 14, 2005                 *Attorneys for Defendant Bausch & Lomb*

Case 1:04-cv-01319-SLR    Document 60    Filed 07/14/2005    Page 3 of 3

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to Josy W. Ingersoll.

I also certify that on July 14, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

### BY HAND

Josy W. Ingersoll
Adam Poff
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

### BY FEDERAL EXPRESS

Edward O'Connor
Craig McLaughlin
O'CONNOR CHRISTENSEN & MCLAUGHLIN LLP
1920 Main Street, Suite 150
Irvine, CA 92614

/s/ Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT AND TUNNELL
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com