IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIERAN TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1319 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| BAUSCH & LOMB INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION OF JOE MOCTEZUMA

TO:

Adam Poff
YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899

Edward O'Connor
Craig McLaughlin
O'CONNOR CHRISTENSEN &
MCLAUGHLIN LLP
1920 Main Street, Suite 150
Irvine, CA  92614

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, Defendant Bausch & Lomb Incorporated will take the deposition upon oral examination of Joe Moctezuma.  The deposition will start at 1:00 p.m. on August 16, 2005 at the offices of Faegre & Benson, 1900 Fifteenth Street, Boulder, CO 80302-5414, and will continue from day to day until completed. The deposition will be taken before a court reporter and will be recorded stenographically and by videotape.  You are invited to attend.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ *Leslie A. Polizoti*

Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
*Attorneys for Defendant Bausch & Lomb*

July 27, 2005

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to Josy W. Ingersoll.

I also certify that on July 27, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

### BY HAND

Josy W. Ingersoll
Adam Poff
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

### BY FEDERAL EXPRESS

Edward O'Connor
Craig McLaughlin
O'CONNOR CHRISTENSEN & MCLAUGHLIN LLP
1920 Main Street, Suite 150
Irvine, CA  92614

/s/ *Leslie A. Polizoti* (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com