**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SCIERAN TECHNOLOGIES, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1319-SLR |
| BAUSCH & LOMB SURGICAL, INC., | : |
| Defendant. | : |

## ORDER

At Wilmington this **2nd** day of **August, 2005,**

IT IS ORDERED that teleconferences have been scheduled in the above matter with Magistrate Judge Thynge as follows:

**Tuesday, September 6, 2005 at 4:00 p.m.** with **Bausch & Lomb** <u>only</u>. **Jack B. Blumenfeld, Esquire shall initiate the teleconference call.**

**Wednesday, September 7, 2005 at 4:00 p.m.** with **Scieran** <u>only</u>. **Edward F. O'Connor, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE