IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIERAN TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1319 (SLR) |
| | ) |
| BAUSCH & LOMB SURGICAL, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on August 18, 2005, copies of (1) Subpoena to Joe Moctezuma, (2) Plaintiff Scieran Technologies, Inc.'s Notice of Deposition of Joe Moctezuma, (3) Subpoena to Medtronic Sofamor Danek, Inc., and (4) Scieran Technologies, Inc.'s Notice of Deposition of Medtronic Sofamor Danek, Inc. Pursuant to Federal Rules of Civil Procedure 45 and 30(b)(6), were served upon the following counsel of record in the manner indicated:

### BY FIRST CLASS MAIL & FACSIMILE

Leslie A. Polizoti, Esq.
MORRIS NICHOLS ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE 19899

In addition, this Notice of Service, was served on August 19, 2005, upon the above listed counsel by CM/ECF and hand delivery.

DB01:1599985.1

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
Karen K. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6672
kkeller@ycst.com

Attorneys for Scieran Technologies, Inc.

Dated: August 19, 2005