IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIERAN TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1319 (SLR) |
| | ) | |
| BAUSCH & LOMB SURGICAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on July 20, 2005, copies of Non-Party Mr. Bradley W. Nemeth, Esq.'s Response to Defendant Bausch and Lomb Inc.'s Subpoena for Production of Documents were served upon the following counsel of record in the manner indicated:

### BY FIRST CLASS MAIL & FACSIMILE

Jack B. Blumenfeld, Esq.
MORRIS NICHOLS ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE 19899

In addition, this Notice of Service, was served on August 25, 2005, upon the above listed counsel by CM/ECF and hand delivery.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
Karen K. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6672
kkeller@ycst.com

Attorneys for Scieran Technologies, Inc.

Dated: August 25, 2005