IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIERAN TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1319 (SLR) |
| ) | |
| BAUSCH & LOMB SURGICAL, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on June 16, 2005, copies of (1) Subpoena to Promex Technologies, Inc., and (2) Plaintiff Scieran Technologies, Inc.'s Notice of Subpoena to Promex Technologies, Inc, were served upon the following counsel of record in the manner indicated:

### BY FIRST CLASS MAIL & FACSIMILE

      Jack B. Blumenfeld, Esq.
      MORRIS NICHOLS ARSHT & TUNNELL
      1201 N. Market Street
      Wilmington, DE 19899

In addition, this Notice of Service, was served on August 25, 2005, upon the above listed counsel by CM/ECF and hand delivery.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/

Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
Karen K. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6672
kkeller@ycst.com

Attorneys for Scieran Technologies, Inc.

Dated: August 25, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SCIERAN TECHNOLOGIES, INC.,** a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> **BAUSCH & LOMB INCORPORATED,** a Delaware corporation, <br><br> Defendant. | ) ) ) ) ) ) Civil Action No.: 04-1319 (SLR) ) ) ) ) ) ) ) |

**NOTICE OF SUBPOENA (PROMEX TECHNOLOGIES, INC.)**

Plaintiff Scieran Technologies, Inc. hereby notifies Defendant Bausch & Lomb Incorporated that it will serve the attached subpoena on Promex Technologies, Inc.

O'CONNOR CHRISTENSEN & McLAUGHLIN, LLP

_____
Craig McLaughlin, Esq.
Edward F. O'Connor, Esq.
1920 Main Street
Suite 150
Irvine, California 92614
(949) 851-5000
(949) 851-5051
cml@ocmiplaw.com

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672
apoff@ycst.com

Attorneys for Scieran Technologies, Inc.

Dated: June 16, 2005

## CERTIFICATE OF SERVICE

The undersigned certifies that copies of this Notice of Subpoena were caused to be served on June 16, 2005 upon the following counsel of record in the manner indicated:

BY FACSIMILE TRANSMISSION & FIRST CLASS MAIL

>Jack B. Blumenfeld, Esq.
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>PO Box 1347
>Wilmington, DE 19899-1347

O'CONNOR CHRISTENSEN & McLAUGHLIN, LLP

_____
Craig McLaughlin, Esq.
Edward F. O'Connor, Esq.
1920 Main Street
Suite 150
Irvine, California 92614
(949) 851-5000
(949) 851-5051
cml@ocmiplaw.com

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672
apoff@ycst.com

Attorneys for Scieran Technologies, Inc.

Dated: June 16, 2005

2

# Issued by the
## UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

SCIERAN TECHNOLOGIES, INC.

                Plaintiff,

v.

BAUSCH & LOMB INCORPORATED

                Defendant.

**SUBPOENA IN A CIVIL CASE**

United States Court for the District of Delaware

Case Number:[1] 04-1319 (SLR)

TO: Promex Technologies, Inc.
     3049 Hudson Street
     Franklin, IN 46131

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

X  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Exhibit A

| PLACE | DATE AND TIME |
|---|---|
| Circle City Reporting | June 29 & 30, 2005 |
| 135 N. Pennsylvania, Suite 2050, Indianapolis, IN 46204 | @ 9:00 a.m. |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* Attorneys for Plaintiff Scieran Technologies, Inc. | June 16, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Craig McLaughlin, Esq., O'CONNOR CHRISTENSEN & McLAUGHLIN, LLP,
1920 Main Street, Suite 150, Irvine, CA 92614, (949) 851-5000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

# **EXHIBIT A**

## REQUEST FOR DOCUMENTS AND THINGS

Deponent is requested to produce at the depositions of Promex, Michael Miller and Joe Mark on June 29-30, 2005 the things listed.

1. The V-block bend fixture that Promex still has to bend tips of inner cutters. See also Bausch & Lomb's response to Scieran's Interrogatory No. 8 (page 8).

2. The bend fixture of Promex Bates No. 50000-50001.

3. For each part number that Promex alleges it made prior to Oct. 3, 1997, that it believes anticipates any of the asserted claims of the patents-in-suit, two inner cutters of each of said part numbers that are ready to have their tips bent according to the manufacturing process(es) followed by Promex.

CRAIG MCLAUGHLIN, ESQ.
O'CONNOR CHRISTENSEN & McLAUGHLIN LLP
1920 Main Street, Suite 150
Irvine, CA 92614
(949) 851-5000
**ATTORNEY FOR: PLAINTIFF**

For Court Use Only

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA

SCIERAN TECHNOLOGIES, INC.,

**PLAINTIFFS,**

vs.

BAUSCH & LOMB INCORPORATED,

**DEFENDANTS.**

CASE NUMBER

04-1319 (SLR)

**PROOF OF SERVICE**

DATE: 6/29&30/05      TIME: 9:00 A.M.

*I certify that I am an individual not less than eighteen years of age, not a party to the within action, and served the following documents:* **SUBPOENA IN A CIVIL CASE**

Party Served    :   Promex Technologies, Inc.
Person Served  :   Nicholas Greenwell, Agent authorized to accept service of process
Address:            3049 Hudson Street
                    Franklin, IN 46131

Date Served:    June 16, 2005           *Time*: 5:45 P.M.

I received the within service on June 16, 2005

### DECLARATION OF SERVER
*I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

J.P. Renner
FIRST LEGAL SUPPORT SERVICES
1212 N. BROADWAY, SUITE 210
SANTA ANA, CA. 92701
(714) 541-1110
Reg. # PI 58900588
State: Indiana

Date: June 20, 2005

Signature _J.P. Renner_

1495011:BS

**PROOF OF SERVICE**