**THIS DOCUMENT WAS FILED UNDER SEAL**

Case 1:04-cv-01319-SLR    Document 75    Filed 09/15/2005    Page 1 of 1