# EXHIBIT 3

# PAGTER AND MILLER
A PROFESSIONAL LAW CORPORATION

R. GIBSON PAGTER, JR.*¹
HARLENE MILLER*

SUITE 850
1551 NORTH TUSTIN AVENUE
SANTA ANA, CALIFORNIA 92705-8636
TELEPHONE: (714) 541-6072
FACSIMILE: (714) 541-6897

MAILING ADDRESS:
P.O. BOX 11300
SANTA ANA, CA 92711

August 30, 2001

Bausch & Lomb World Headquarters
Attn: William Carpenter, President & CEO
One Bausch & Lomb Place
Rochester, NY 14604-2701

Dear Mr. Carpenter:

    Our firm represents Scieran Technologies, Inc. in various legal matters. Scieran has recently received U.S. Patent No. 6,258,111 ("the '111 patent") which issued on July 10, 2001. The '111 patent discloses and claims a guillotine cutter which has a pre-existing bend at the tip of an inner sleeve.

    Scieran has recently reviewed a vitrectomy cutter tip sold by the Bausch & Lomb Storz division under the trademark "Lighting" and the product number CX4804 ("the CX4804"). It is our belief that the CX4804 infringes Claim 3 of the '111 patent. We have enclosed for your convenience a claim chart and corresponding enlarged photos of the CX4804 which correlates features of the CX4804 cutter with the elements of Claim 3. As shown in the enlarged photos, the tip of the CX4804 inner sleeve clearly has a pre-existing bend. The cutter shown in the photographs was removed from a sealed package. Therefore, it is our understanding that the CX4804 vitrectomy cutter is supplied to customers with a pre-existing bend at the tip of the inner sleeve.

    There is presently a continuation application of the '111 patent pending in the United States Patent Office. We are enclosing herein copies of claims that are being pursued in the continuation application. The Patent Office has yet to conduct a substantive examination of these claims. Nevertheless, we believe that these claims are patentable. The surgical devices, and method for assembling a surgical device recited in the claims, are not disclosed or suggested in the over 100 references cited in the '111 patent.

ST01975

*CERTIFIED SPECIALIST, PERSONAL AND SMALL BUSINESS BANKRUPTCY LAW, THE STATE BAR OF CALIFORNIA BOARD OF LEGAL SPECIALIZATION
¹CERTIFIED SPECIALIST, BUSINESS BANKRUPTCY LAW, AMERICAN BANKRUPTCY BOARD OF CERTIFICATION

William Carpenter, Bausch & Lomb										August 30, 2001
Re: Scieran Technologies Patent									Page 2

    At this time, Scieran is investigating the possibilities for the sale of its '111 patent. Since this patent appears to directly impact a Bausch & Lomb product, I have been requested to make contact with your company, to ascertain whether there is interest by Bausch & Lomb in purchasing the subject patent.

    Scieran is interested in proceeding with the sale of this patent in an expeditious manner. Similar information regarding the sale of the '111 patent is being sent to other potential purchasers, likely competitors of Bausch & Lomb. Thus, should the purchase of the '111 patent hold some interest for your company, please contact me as soon as possible.

Sincerely,

PAGTER AND MILLER

*[signature]*
Harlene Miller

cc: Client

## Claim Chart For CX4804 And For Claim 3 of US Patent 6,258,111 B1

| A surgical device, comprising: | CX4804 is a device used to perform surgery. |
|---|---|
| an outer sleeve | CX4804 has an outer sleeve identified as item ①　in the attached photograph. |
| that has an aspiration port which is in fluid communication with an inner channel of said outer sleeve | CX4804 outer sleeve has an aspiration port ② in fluid communication with an inner channel ③. |
| an inner sleeve that is located within said inner channel | CX4804 has an inner sleeve ④ located in the inner channel. |
| said inner sleeve having a tip that has a circumferential slit | CX4804 has a tip ⑤ that has a circumferential slit ⑥. |
| and a pre-existing bend before insertion into said inner sleeve so that said tip exerts a spring force on said outer sleeve | The CX4804 inner sleeve has a pre-existing bend as indicated by the angle ⑦ shown in the photograph. |
| a motor that moves said inner sleeve relative to said outer sleeve. | The CX4804 is attached to a handpiece which has a motor that moves the inner sleeve relative to the outer sleeve. |

452940

ST01977

CX4804





Scieran Technologies, Inc.
**Pending Claims**

1  27.  A surgical device, comprising:

2      an outer sleeve that has an aspiration port in fluid communication with an

3  inner channel; and,

4      an inner sleeve that is located within said inner channel of said outer sleeve,

5  said inner sleeve having a pre-existing bend and a tip that is located adjacent to said

6  aspiration port.


1  28.  The surgical device of claim 27, wherein said inner sleeve has a notch located

2  adjacent to said pre-existing bend.


1  29.  The surgical device of claim 27, wherein said tip exerts a force on an inner

2  surface of said outer sleeve.


1  30.  A surgical device, comprising:

2      an outer sleeve that has an inner surface and an aspiration port in fluid

3  communication with an inner channel; and,

4      an inner sleeve that is located within said inner channel of said outer sleeve,

5  said inner sleeve having a tip and means for having said tip exert a force on said inner

6  surface of said outer sleeve.

-2-

| | | |
|---|---|---|
| 1 | 31. | The surgical device of claim 30, wherein said means includes a notch located |
| 2 | | adjacent to a pre-existing bend. |

| | | |
|---|---|---|
| 1 | 32. | A method for assembling a surgical device, comprising: |
| 2 | | bending a tip of an inner sleeve; and, |
| 3 | | inserting the inner sleeve into an inner channel of an outer sleeve until the tip |
| 4 | | is adjacent to an aspiration port of the outer sleeve. |