# EXHIBIT 4

```
                                                                    1

             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE
                CIVIL ACTION NO. 04-1319 (SLR)


SCIERAN TECHNOLOGIES, INC.,     )
                                )
                    Plaintiff,  )      ORIGINAL
                                )
        -vs-                    )
                                )
BAUSCH & LOMB INCORPORATED,     )
a Delaware corporation,         )
                                )
                    Defendant.  )
```

    The videotaped deposition upon oral examination
of **MICHAEL MILLER**, a witness produced and sworn
before me, Joyce Dixon, a Notary Public in and for
the County of Marion, State of Indiana, taken on
behalf of the Plaintiff at the offices of Circle
City Reporting, 2050 First Indiana Plaza,
Indianapolis, Marion County, Indiana, on the 29th
day of June, 2005, pursuant to the Federal Rules of
Civil Procedure.


                   CIRCLE CITY REPORTING
                   2050 First Indiana Plaza
                   135 North Pennsylvania
                   Indianapolis, IN  46204
                       (317) 635-7857

5

1  MR. BECK: Michael Beck on behalf of Promex
2  Technologies.
3  MS. MURPHY: Kristin Murphy on behalf of
4  Michael Miller personally.
5  THE VIDEOGRAPHER: Would the court reporter
6  please swear in the witness.
7  **MICHAEL MILLER**, having been first duly
8  sworn to tell the truth, the whole truth and
9  nothing but the truth relating to said matter, was
10  examined and testified as follows:
11 DIRECT EXAMINATION,
12  QUESTIONS BY EDWARD O'CONNOR:
13 Q  Would you state your name, please.
14 A  Michael Miller.
15 Q  And, Mr. Miller, you are here testifying as a
16  30(b)6 witness on behalf of Promex Technologies; is
17  that correct?
18 A  Yes.
19 Q  All right. I want to hand you a Notice of
20  deposition and ask you if you are familiar with
21  that deposition notice?
22 A  I think I've seen it.
23 Q  Okay. And also are you aware of the fact that --
24  are you appearing here pursuant to subpoena?
25 A  No.

17

```
 1        dealing with eye surgery as opposed to back
 2        surgery?
 3   A    No, not greater force, less.
 4   Q    And why is that?
 5   A    The contact area is a lot smaller.
 6   Q    In which?
 7   A    In the vitrectomy unit, so the force you need to
 8        exert on that contact area to get a pressure
 9        sufficient to cut the vitreous is much less.
10   Q    Okay.  What are all the, if you can itemize for me,
11        the differences between the Danek cutter and the
12        vitrectomy cutters?
13   A    In our manufacture and Promex manufacture, almost
14        nothing.  I mean, it just shrinks and expands.
15   Q    When you say shrinks and expands, do you mean the
16        size?
17   A    The size, yeah.  The diameter is obviously greatly
18        different, but the relative geometry of the devices
19        are remarkably similar.
20   Q    Okay.  Is the bend -- the pre-bend angle the same?
21        Was it the same for the Danek cutters as it was for
22        the vitrectomy cutters?
23   A    I don't know what the pre-bend angle is on the
24        vitrectomy cutter, so I guess I can't say yes or
25        no.  It's done in a machine.  We've adjusted the
```

41

1  Q  Between -- and that's dated 11 December '95.
2     Between 28 January '93 and 11 December '95, is
3     there anything in your notebooks which indicates a
4     pre-bent inner cannula? We have the original
5     notebook here if you want it.
6  A  I don't recall anything.
7  Q  Could you look in there and see if there is
8     anything?
9  A  Okay. (Witness complies.)
10       Well, here I'm up to -- sorry, what was the
11     second date that you said?
12 Q  11 December '95.
13 A  Oh, through 11 of December '95. It's going to take
14     me a minute. No, there's no reference in there.
15 Q  If you would look at the 51536 page.
16 A  Okay.
17 Q  Before you do, I have another question. Danek
18     cutters when they hit the nucleus pulposa, would
19     the contact between the nucleus pulposa and the tip
20     of the inner cannula cause that tip to bend
21     further?
22 A  Yes, it will cause it to bend.
23 Q  Now, that's because there's resistance by the
24     nucleus pulposa?
25 A  Yes.