# EXHIBIT 7

# EXHIBIT 7 REDACTED IN ITS ENTIRETY