# EXHIBIT 8

K961078   Correction and Addendum to Section VI A.

|                              | Storz | Alcon  | Promex  |
|------------------------------|-------|--------|---------|
| Range of Aspiration 0 - 550mm Hg | yes   | yes    | yes     |
| Maximum blade speed          | 750   | 1500*  | 2000**  |

\* Alcon's most recent release of their new vitrectomy system.

\*\* No heat generated at the tip at maximum blade speed as measured during usage without the use of any irrigating solution.

052185