# EXHIBIT 9

050844



# MICRO-ENDO™ SYSTEMS*
### ...Creating the Future of Spinal Endoscopy℠



## OPERATIVE SYSTEMS

### DISKECTER SYSTEM
### INTRODUCER SYSTEM
### MANUAL INSTRUMENT SYSTEM

\* PATENTS PENDING

**SOFAMOR DANEK**
THE SPINE SPECIALIST



# CERS AND TISSUE REMOVAL SYSTEMS

## Diskecter™ System

### RAPID TISSUE REMOVAL SYSTEM

The DISKECTER SYSTEM Key Components Include:

- DISKECTER Console - Easy to use digital and illuminated displays
- DISKECTER Handpiece - Reusable, autoclavable
- DISKECTER Footswitch - Hermetically sealed - dual action switch simultaneously controls handpiece power and aspiration
- Single use disposable cutting blades ensures optimal cutting for each procedure

MICRO-ENDO SYSTEMS
DISKECTER

The DISKECTER System
Console, Handpiece and Footswitch

050845

PATENTED
RAPID TISSUE
CUTTING SYSTEM

DISKECTER Nucleus Cutter

DISKECTER Nucleus Rasp

Hinge design enables
high-efficiency tissue cutting

Rounded tip for
enhanced safety

# MICRO-ENDOSYSTEMS    INTROD

## Introducer System
POSTEROLATERAL, BI-PORTAL/UNI-PORTAL INTRODUCER KIT



Introducer Kit (Top Tray):
- Guidwire, .062 x 12"
- Dilator (2 pcs.)
- Working Cannula, 6.4 mm (2 pcs.)
- Trephine, 3.2 mm
- Trephine, 4.8 mm
- Switching Stick (2 pcs.)
- Guidewire End Cap (2 pcs.)
- Ruler
- Bottom Tray Instrument Storage

## Manual Instrument System
GRASPERS

 

DEFLECTING TIP GRASPER
- Posterior Central Tissue Removal
- Selective Nucleus Dissection



ROTATING SHAFT GRASPER

050846

### CURETTES SET

| 950-400 | 950-410 | 950-420 | 950-430 | 950-440 | 950-460 |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 4 mm x 20° Ring Curette | 4 mm x 90° Ring Curette | 2 mm x 4 mm x 20° Cup Curette | 4 mm x 6 mm x 20° Cup Curette | 90° Probe | Rectangle Box Curette |

# MICRO-ENDO™ SYSTEMS

ORDERING INFORMATION

## DISKECTER SYSTEM

| | |
|---|---|
| 950-301 | DISKECTER Handpiece |
| 950-302 | DISKECTER Console |
| 950-303 | DISKECTER Footswitch |

## DISKECTER BLADES & ASPIRATION SYSTEM

| | |
|---|---|
| 950-350 | DISKECTER Nucleus Cutter |
| 950-351 | DISKECTER Nucleus Rasp |
| 950-355 | DISKECTER Nucleus Cutter, 2.1 mm (For use with 950-170, INCLUSIVE™ Endocsope) |
| 950-360 | DISKECTER Tubing Set |
| 950-335 | Suction Cannister w/tubing |

## INSTRUMENT INTRODUCER SET

| | |
|---|---|
| 950-131 | 18" Guide Wires, (2 each) |
| 950-132 | 12" Guide Wires, (2 each) |
| 950-133 | Stainless Steel Dilator |
| 950-134 | Stainless Steel Cannula, 6.4 mm |
| 950-135 | Small Trephine, 3.2 mm |
| 950-136 | Large Trephine, 4.8 mm |
| 950-139 | Introducer/Instrument Case |
| 950-142 | Irrigation Port, 4.8 mm (2 each) |
| 950-143 | Switching Stick |
| 950-144 | Guide Wire End Cap |
| 950-146 | Stainless Steel Ruler |

## MANUAL INSTRUMENTS

| | |
|---|---|
| 950-370 | Flexible Tip Grasper, 2.0 mm x 33 cm |
| 950-375 | Deflecting Tip Cannula, 5.0 mm |
| 950-380 | Rotating Shaft, Straight Grasper |
| 950-400 | 4 mm x 20° Ring Curette |
| 950-410 | 4 mm x 90° Ring Curette |
| 950-420 | 2 mm x 4 mm x 20° Cup Curette |
| 950-430 | 4 mm x 6 mm x 20° Cup Curette |
| 950-440 | 90° Probe |
| 950-460 | Rectangle Curette |

## RIGID ROD LENS ENDOSCOPE SYSTEM

| | |
|---|---|
| 950-532 | 30° Rod Lens Endoscope System |
| 950-572 | 70° Rod Lens Endoscope System |
| 950-590 | Sterilization Case, Rod Lens Scopes |

## SUPPORT PRODUCTS

| | |
|---|---|
| 950-330 | DISS to Shrader Adaptor |
| 950-305 | Replacement Nitrogen Hose |
| 950-306 | DISKECTER Replacement Fuse |

For product availability and more information, contact your SOFAMOR DANEK USA Sales Associate, or call SOFAMOR DANEK USA Customer Service toll free: 800-933-2635.

SOFAMOR DANEK™
THE SPINE SPECIALIST℠

050847

SOFAMOR DANEK USA
1800 Pyramid Place • Memphis, TN 38132
(901) 396-3133 • WATS (800) 876-3133 • FAX (901) 332-3920

A Division of SOFAMOR DANEK GROUP, INC.

© 1994 SOFAMOR DANEK

SEE PACKAGE INSERT FOR LABELING LIMITATIONS.

LIT-ME-OP-SS-94