# EXHIBIT 13

# Hart Enterprises, Inc.

2131 Martindale, S.W. • Wyoming, MI 49509 • 616/247-1410 • FAX 616/247-0674

March 13, 1997

Mr. Ron Ross
Scieran Technologies
27071 Cabot Road Suite 127
Laguna Hills, CA 92653

Dear Ron,

Hart has completed it's evaluation of the sample cutters we received on March 12, 1997 and March 13, 1997. A copy of my findings are attached for you review. Once you have completed your review of this report, please give me a call with your comments.

I look forward to your call.

Sincerely yours,

Ken Chettleburgh,
Chief Engineer

CONFIDENTIAL
TRIAL COUNSEL'S
EYES ONLY

ST01681

MARCH 13 1997
BY KEN CHETTLEBURGH

REVIEW OF SCIERAN SUPPLIED "STORZ" CUTTER ASSEMBLIES RECEIVED 3/12/97 AND 3/13/97.

THE OUTER CUTTERS LOOK VERY SIMILAR TO SCIERAN'S OUTER.

THE INNER CUTTERS ARE VERY DIFFERENT, DIFFERENCES DETAILED BELOW:

    STORZ HAS LUBE OR GREASE ON INNER CUTTER, THIS MAY BE INTENDED FOR THE PISTON BUT IT MIGHT ALSO HELP CUTTING AND WEAR.

    STORZ HAS A TEXTURED END FINISH THAT MAY GRIP THE MATERIAL WHILE IT IS BEING CUT.

    STORZ CUTTING END IS FLAIRED ABOUT .001 TOTAL, THIS FORCES THE INNER CUTTER END OUT THE PORT AND THEN IT IS FORCED BACK IN THE TUBING, RESULTING IN ZERO CLEARANCE. WE BELIEVE THIS MAY BE CAUSING IT TO CUT BETTER. THE INNER CUTTER ON ONE SAMPLE ACTUALLY DEFORMED THE INSIDE DISTAL EDGE OF THE OUTER CUTTER PORT DUE TO THIS CONDITION.

    STORZ HAS A DIFFERENT SLOT CONFIGURATION, IT IS AT THE END, THIS MAY HELP EVACUATION OF TISSUE. THIS COUPLED WITH THE FLAIRED END MAY RESULT IN A HIGHER SUCTION PRESSURE WHEN THE PORT IS OBSTRUCTED BY THE INNER CUTTER, WHICH HOLDS THE TISSUE BETTER DURING THE CUTTING.

COMMENTS:

    THE STORZ INNER CUTTER WILL NOT FIT IN THE SCIERAN OUTER CUTTER DUE TO THE END FLAIR.

    THE SLOT IN THE SCIERAN INNER CUTTER INTENDED TO "PRE-LOAD" OR REDUCE CLEARANCE BETWEEN THE INNER AND OUTER CUTTERS MAY ACTUALLY REDUCE THE RIGIDITY OF THE INNER CUTTER AND ALLOW THE INNER CUTTER TO PUSH AWAY FROM THE OUTER CUTTER DURING THE CUTTING PROCESS.

RECOMMENDATIONS:

    HART RECOMMENDS EVALUATING THE SCIERAN INNER CUTTER DESIGN, POSSIBLY CONFORMING CLOSER TO THE STORZ DESIGN.

    FURTHER TESTING USING BOTH CUTTERS THAT HAVE BEEN PRODUCED BY HART, POSSIBLY OF DIFFERENT DESIGNS.

    PUT A PRODUCTION HOLD ON SCIERAN'S ORDER AT HART FOR PRODUCTION PARTS UNTIL DESIRED PERFORMANCE CRITERIA OF THE PRODUCT IS RELIABLY TESTED AND MET.

CONFIDENTIAL
TRIAL COUNSEL'S
EYES ONLY

ST01682

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on September 15, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>Wilmington, DE 19801

I further certify that on September 15, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>Adam W. Poff (No. 3990)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>jingersoll@ycst.com
>
>Attorneys for Scieran Technologies, Inc.

DB01:1593603.1

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on September 28, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Jack B. Blumenfeld Esquire
>   Morris Nichols Arsht & Tunnell
>   1201 North Market Street
>   Wilmington, DE 19801

I further certify that on September 28, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

>   YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>   _____
>   Adam W. Poff (No. 3990)
>   The Brandywine Building
>   1000 West Street, 17th Floor
>   Wilmington, Delaware 19801
>   (302) 571-6600
>   jingersoll@ycst.com
>
>   Attorneys for Scieran Technologies, Inc.

DB01:1593603.1