IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIERAN TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1319 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| BAUSCH & LOMB INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

It is hereby stipulated by the parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and a Settlement and License Agreement dated December 29, 2005 (the "Agreement"), that this action, including all claims and counterclaims, is dismissed with prejudice, each party to bear its own costs. This Court retains jurisdiction to enforce the Agreement.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| _____ | /s/ Leslie A. Polizoti<br>_____ |
| Josy W. Ingersoll (#1088)<br>Adam W. Poff (#3990)<br>1000 West Street, 17th floor<br>P.O. Box 391<br>Wilmington, DE 19899<br>(302) 571-6672<br>Attorney for Plaintiff<br>   Scieran Technologies, Inc. | Jack B. Blumenfeld (#1014)<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>Attorneys for Defendant<br>   Bausch & Lomb Incorporated |

SO ORDERED this ___ day of _____, 2005.

_____
United States District Court Judge