REPORT ON THE FILING OR DETERMINATION OF AN
ACTION REGARDING A PATENT OR TRADEMARK

TO:   Commissioner of Patents and Trademarks
      Washington, D.C. 20231

In compliance with 35:290 and/or 15 U.S.C. 1116 you are hereby advised that a court action has been filed on the following patent(s)/trademarks in the U.S. District Court:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| CA 04-1319 | 09/30/04 | District of Delaware |

| PLAINTIFF | DEFENDANT |
|---|---|
| Scieran Tech. Inc. | Bausch & Lomb |

| | PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 6,629,986 B1 | 10/7/03 | Scieran Tech. Inc. |
| 2 | US 6,258,111 B1 | 7/10/01 | Scieran Tech. Inc. |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | [ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading |

| | PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

**DECISION/JUDGMENT**

Case closed by stipulation of dismissal, DI 86 (attached.)

*Roxanne L. DiPio 1/24/06*

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK | | 10/01/04 |