IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIERAN TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-1319 (SLR) |
| ) | |
| v. ) | |
| ) | |
| BAUSCH & LOMB INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

It is hereby stipulated by the parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and a Settlement and License Agreement dated December 29, 2005 (the "Agreement"), that this action, including all claims and counterclaims, is dismissed with prejudice, each party to bear its own costs. This Court retains jurisdiction to enforce the Agreement.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL |
| [signature] | /s/ Leslie A. Polizoti |
| Josy W. Ingersoll (#1088) | Jack B. Blumenfeld (#1014) |
| Adam W. Poff (#3990) | Leslie A. Polizoti (#4299) |
| 1000 West Street, 17th floor | 1201 N. Market Street |
| P.O. Box 391 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 571-6672 | (302) 658-9200 |
| Attorney for Plaintiff | Attorneys for Defendant |
| Scieran Technologies, Inc. | Bausch & Lomb Incorporated |

SO ORDERED this ___ day of _____, 2005.

_____
United States District Court Judge