OFFICE OF THE CLERK
### UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo                                                                                LOCKBOX 18
CLERK                                                                                          844 KING STREET
                                                                                               U.S. COURTHOUSE
                                                                                               WILMINGTON, DELAWARE 19801
                                                                                               (302) 573-6170

August 14, 2006

| | |
|---|---|
| Josy W. Ingersoll | Leslie A. Polizoti |
| Young, Conaway, Stargatt & Taylor, The Brandywine Building, 1000 West Street, 17th Floor, P.O. Box 391 | Morris, Nichols, Arsht & Tunnell LLP 1201 North Market Street P.O. Box 1347 |
| Wilmington, DE 19899-0391 | Wilmington, DE 19899 |
| (302) 571-6600 | (302) 658-9200 |
| Email: jingersoll@ycst.com | Email: lpolizoti@mnat.com |

RE: **Scieran Technologies Inc., v. Bausch & Lomb Incorporated.**
    Civ. No.: 04-1319 SLR

Dear Counsel:

   The Clerk's Office is currently in the process of preparing the above case for transfer to the National Archives and Records Administration (NARA). Pursuant to the enclosed Order of the Court, **counsel is asked to claim the sealed documents mentioned in the Order by August 21, 2006.** All sealed documents filed in subject case are identified in yellow on the attached partial docket sheet. A jointly filed document may be claimed by any attorney who signed/filed the document.

   ***If counsel does not claim the documents that they filed by the above date***, the Clerk will **unseal** any sealed documents remaining and send them to the NARA in accordance with the Order.

   To claim your sealed documents kindly **send an E-MAIL to our specially designated court address at:**
   **returnsealeddocs@ded.uscourts.gov**

   Simply specify the documents that you are claiming by stating the case number and docket item number(s), along with your name and firm address. Please do not claim your documents via any form of docket entry in CM/ECF. Once we receive your e-mailed claim, we will prepare the documents for your retrieval and **contact you** when they are ready for pick-up. **An attorney who is not a registered CM/ECF filer** may claim their sealed documents by phoning me at the Clerk's Office, at 302-573-4538.

                                                      Sincerely,
                                                      By: /s/
                                                      Ronald Golden
                                                      Deputy Clerk

Enc. Partial Docket Sheet