CLOSED, PATENT

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-01319-SLR
## Internal Use Only

| | |
|---|---|
| Scieran Tech. Inc. v. Bausch & Lomb | Date Filed: 09/30/2004 |
| Assigned to: Honorable Sue L. Robinson | Jury Demand: Both |
| Demand: $0 | Nature of Suit: 830 Patent |
| Cause: 28:1338 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Scieran Technologies Inc.**
*a California corporation*

represented by **Josy W. Ingersoll**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: jingersoll@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Becky Christensen**
Pro Hac Vice
Email: bchristensen@ocmiplaw.com
*ATTORNEY TO BE NOTICED*

**Craig McLaughlin**
Pro Hac Vice
Email: cml@ocmiplaw.com
*ATTORNEY TO BE NOTICED*

**Edward F. O'Connor**
Pro Hac Vice
Email: eoconnor@ocmiplaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bausch & Lomb Incorporated**
*a Delaware corporation*
*also known as*
Bausch & Lomb Surgical, Inc.

represented by **Leslie A. Polizoti**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

Email: lpolizoti@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2004 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 136961 (mwm) (Entered: 10/01/2004) |
| 09/30/2004 | | DEMAND for jury trial by Scieran Tech. Inc. (mwm) (Entered: 10/01/2004) |
| 09/30/2004 | | SUMMONS(ES) issued for Bausch & Lomb (mwm) (Entered: 10/01/2004) |
| 09/30/2004 | 2 | Report to Commissioner of Patents and Trademarks. Exit original. Re: 6,629,986, 6,258,111 (mwm) (Entered: 10/01/2004) |
| 10/01/2004 | 3 | RETURN OF SERVICE executed as to Bausch & Lomb 9/30/04 Answer due on 10/20/04 for Bausch & Lomb (dab) (Entered: 10/01/2004) |
| 10/06/2004 | 4 | CASE assigned to Judge Sue L. Robinson . Notice to all parties. (rjb) (Entered: 10/06/2004) |
| 10/15/2004 | 5 | STIPULATION and Order to Extend Time; with proposed order (fmt) (Entered: 10/15/2004) |
| 10/15/2004 | | **Added for Bausch & Lomb attorney Leslie A. Polizoti per D.I. # 5 (fmt) (Entered: 10/15/2004) |
| 10/18/2004 | | So Ordered granting [5-1] stipulation reset Answer deadline to 11/22/04 for Bausch & Lomb ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 10/19/2004) |
| 10/25/2004 | 6 | Disclosure Statement pursuant to Rule 7.1 by Scieran Tech. Inc. (fmt) (Entered: 10/26/2004) |
| 11/22/2004 | 7 | ANSWER to Complaint by Bausch & Lomb; jury demand (fmt) (Entered: 11/22/2004) |
| 11/22/2004 | 8 | Disclosure Statement pursuant to Rule 7.1 by Bausch & Lomb (fmt) (Entered: 11/22/2004) |
| 12/17/2004 | 9 | ORDER, set Tele-Scheduling Conference for 8:30 1/20/05 ( signed by Judge Sue L. Robinson ) copies to: cnsl. (rld) (Entered: 12/17/2004) |
| 01/06/2005 | 10 | MOTION by Scieran Tech. Inc. with Proposed Order for Edward F. O'Connor, Craig McLaughlin adn Becky V. Christensen to Appear Pro Hac Vice (rld) (Entered: 01/11/2005) |
| 01/12/2005 | | So Ordered granting [10-1] motion for Edward F. O'Connor, Craig McLaughlin adn Becky V. Christensen to Appear Pro Hac Vice ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 01/12/2005) |

| 08/31/2005 | 69 | MOTION for Leave to File *An Amended Answer* - filed by Bausch & Lomb Incorporated. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Polizoti, Leslie) (Entered: 08/31/2005) |
|---|---|---|
| 08/31/2005 | 70 | SEALED MOTION Application for In Camera Inspection Pursuant to the Stipulated Protective Order re 43 Interim MOTION for Protective Order *Stipulated* - filed by Bausch & Lomb Incorporated. (Attachments: # 1 Exhibit A-H)(Polizoti, Leslie) Modified on 9/1/2005 (fmt, ). Modified on 9/1/2005 (fmt, ). (Entered: 08/31/2005) |
| 09/02/2005 | 71 | REDACTED VERSION of 70 MOTION Application for In Camera Inspection Pursuant to the Stipulated Protective Order re 43 Interim MOTION for Protective Order *Stipulated* by Bausch & Lomb Incorporated. (Attachments: # 1 Exhibit A-H)(Polizoti, Leslie) (Entered: 09/02/2005) |
| 09/09/2005 | 72 | NOTICE to Take Deposition of Dan Gray on September 19, 2005 by Bausch & Lomb Incorporated.(Polizoti, Leslie) (Entered: 09/09/2005) |
| 09/09/2005 | 73 | NOTICE of Subpoena of Dan Gray by Bausch & Lomb Incorporated re 72 Notice to Take Deposition (Attachments: # 1 Exhibit)(Polizoti, Leslie) (Entered: 09/09/2005) |
| 09/15/2005 | 74 | SEALED ANSWERING BRIEF in Opposition re 69 MOTION for Leave to File *An Amended Answer* filed by Scieran Technologies Inc..Reply Brief due date per Local Rules is 9/22/2005. (Poff, Adam) (Entered: 09/15/2005) |
| 09/15/2005 | 75 | SEALED APPENDIX re 74 Answering Brief in Opposition *to Defendant's Motion for Leave to File First Amended Answer to First Amended Complaint* by Scieran Technologies Inc.. (Poff, Adam) (Entered: 09/15/2005) |
| 09/15/2005 | 76 | SEALED ANSWERING BRIEF in Opposition re 70 MOTION Application for In Camera Inspection Pursuant to the Stipulated Protective Order re 43 Interim MOTION for Protective Order *Stipulated* filed by Scieran Technologies Inc..Reply Brief due date per Local Rules is 9/22/2005. (Poff, Adam) (Entered: 09/15/2005) |
| 09/15/2005 | 77 | SUBPOENA filed by Bausch & Lomb Incorporated directed to General Patent Corporation International for September 30, 2005 at 1:00 p.m. (Polizoti, Leslie) (Entered: 09/15/2005) |
| 09/19/2005 | 78 | REPLY BRIEF re 70 MOTION Application for In Camera Inspection Pursuant to the Stipulated Protective Order re 43 Interim MOTION for Protective Order *Stipulated* filed by Bausch & Lomb Incorporated. (Polizoti, Leslie) (Entered: 09/19/2005) |
| 09/22/2005 | 79 | REPLY BRIEF re 69 MOTION for Leave to File *An Amended Answer Bausch & Lomb's Reply Brief In Support Of Its Motion For Leave To File An Amended Answer* filed by Bausch & Lomb Incorporated. (Attachments: # 1 Exhibit A-E)(Polizoti, Leslie) (Entered: 09/22/2005) |
| 09/28/2005 | 80 | DEFICIENCY NOTICE by the Court issued to Josy Ingersoll, Esq. re 74 |