OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 16, 2006

Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: lpolizoti@mnat.com

RE:   *Scieran Technologies Inc., v. Bausch & Lomb Incorporated.*
      Civ. No.: 04-1319 SLR

Dear Counsel:

Pursuant to the Order entered on 8/11/06 by Chief Judge Sue L. Robinson, the following documents are herewith being returned to you:

ITEM(S):   ~~70.~~

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on ___8/16/06___.

_____
Signature