OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 16, 2006

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, The Brandywine Building, 1000
West Street, 17th Floor, P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: lpolizoti@mnat.com

RE: <u>Scieran Technologies Inc., v. Bausch & Lomb Incorporated</u>.
    Civ. No.: 04-1319 SLR

Dear Counsel:

    Pursuant to the Order entered on 8/11/06 by Chief Judge Sue L. Robinson, the following documents are herewith being returned to you:

ITEM(S): 74, 75, and 76.

    A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _Evette Wals_____

    I hereby acknowledge receipt of the above mentioned documents on  AUG 2 5 2006  .

_____
Signature